IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-115-F

STEPHEN EARL,                )
                             )
                             )
                             )
         Plaintiff,          )
                             )
     v.                      )        **ORDER**
                             )
UNITED STATES OF AMERICA,    )
                             )
                             )
         Defendant.          )

This matter is before the court on the plaintiff's Motion to Extend Court Schedule by 30 Days [DE-29]. The motion, which was filed when plaintiff was proceeding *pro se*, posited that it takes him longer to respond to discovery requests and review provided discovery because of vision problems he has. The motion also asks that he be allowed to file electronically.

Since filing the motion, counsel has entered a notice of appearance [DE-30] for plaintiff. Accordingly, the motion to extend deadlines and to file electronically is DENIED without prejudice.

SO ORDERED.

This the 24 day of July, 2015.

                                                  James C. Fox
                                                Senior United States District Judge